**FILED**

OCT 08 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JACOB MATTHEW SAYDYK, | ) | Case No. C 14-3897 PSG (PR) |
| Petitioner, | ) | **ORDER OF TRANSFER** |
| v. | ) | |
| MARION E. SPEARMAN, | ) | |
| Respondent. | ) | |

On August 28, 2014, Jacob Matthew Saydyk, a state prisoner proceeding *pro se*, filed a federal petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254. Saydyk seeks habeas relief from his underlying criminal sentence from Shasta County Superior Court, which lies in the Eastern District of California. Venue for a habeas action is proper in either the district of confinement or the district of conviction;[1] however, petitions challenging a conviction or sentence are preferably heard in the district of conviction.[2] Here, the Eastern District of California is the district of conviction. Accordingly, this case is TRANSFERRED to the Eastern District of California.[3]

---

[1] *See* 28 U.S.C. § 2241(d).

[2] *See* Habeas L.R. 2254-3(a); *Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968).

[3] *See* 28 U.S.C. § 1404(a).

Case No. C 14-3897 PSG (PR)
ORDER OF TRANSFER

1 |     IT IS SO ORDERED.
2 | DATED: __10·8·14__      ___/s/ Paul S. Grewal___
3 |                                                  PAUL S. GREWAL
                                                 United States Magistrate Judge

Case No. C 14-3897 PSG (PR)
ORDER OF TRANSFER                      2